UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAVEL FERRERA PARRA,

Plaintiff,

-against-

UNITED STATES OF AMERICA, ET AL.,

Defendants.

25-cv-2624 (LLS)

CIVIL JUDGMENT

For the reasons stated in the July 8, 2026, order, this action is dismissed because it has been brought in the wrong venue.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: July 16, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge